UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. QAMAR AHMED HASSAN,
2. SAHRA MOHAMED NUR,
3. ABDIWAHAB AHMED MOHAMUD,
4. FILSAN MUMIN HASSAN,
5. GUHAAD HASHI SAID,
6. ABDULLAHE NUR JESOW,
7. ABDUL ABUBAKAR ALI,
8. YUSUF BASHIR ALI,

        Defendants.

Case No. 22-cr-224 (NEB/TNL)

**ORDER**

This matter is before the Court on the United States' Motion, pursuant to 21 U.S.C. § 853(e)(1) for an Order permitting the United States to maintain custody of property already lawfully in its possession for the purpose of preserving the property pending the conclusion of this criminal case and related asset forfeiture proceedings.

For the reasons set forth in the United States' motion, it is

HEREBY ORDERED, that the United States may maintain custody of the following property that was seized for forfeiture in this case:

    a. $1,641.00 in United States currency seized from 3415 Fordham Court NE, Saint Anthony, Minnesota on January 20, 2022; and

    b. Assorted purses and handbags seized from 3415 Fordham Court NE, Saint Anthony, Minnesota on January 20, 2022,

pending the conclusion of this case, including all related forfeiture proceedings and any ancillary proceedings in which any third party with an interest in the property may file a

claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n), and it is,

FURTHER ORDERED that in applying for and obtaining this ORDER the United States has complied with the requirements in, and this order satisfies the custody-preservation requirement of, 18 U.S.C. § 983(a)(3)(B)(ii)(II).

IT IS SO ORDERED.

Dated:  October 5, 2022         s/Nancy E. Brasel
                                NANCY E. BRASEL
                                United States District Judge