UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-224(3) (NEB/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          **GOVERNMENT'S TRIAL BRIEF**

ABDIWAHAB AHMED MOHAMUD,

    Defendant.

The United States of America, by and through its attorneys, Joseph H. Thompson, Acting United States Attorney for the District of Minnesota, and Daniel W. Bobier and Melinda A. Williams, Assistant United States Attorneys, respectfully submits the following trial brief in this matter.

**I.  OVERVIEW**

On September 13, 2022, a grand jury returned a 22-count indictment charging 8 defendants—Qamar Hassan, Sahra Nur, Abdiwahab Mohamud, Filsan Hassan, Guhaad Said, Abdullahe Jesow, Abdul Ali, and Yusuf Ali—with a number of crimes, including wire fraud and money laundering offenses.

All those charged defendants have pleaded guilty except for defendant Abdiwahab Mohamud. Mohamud is set for trial on October 14, 2025. He is charged in seven counts in the indictment: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 371 and 1343 (Count 1); Wire Fraud, in violation of 18 U.S.C. § 1343 (Counts 9 and 12); Conspiracy to Commit Money Laundering, in violation of 18 U.S.C.

§ 1956(h) (Count 14); and Engaging in Monetary Transactions in Property Derived from Unlawful Activity, in violation of 18 U.S.C. § 1957 (Counts 18, 19, and 21).

The indictment alleges that Qamar Hassan, Sahra Nur, Abdiwahab Mohamud, and their conspirators orchestrated and carried out a scheme that defrauded the Federal Child Nutrition Program, a government aid program designed to provide free meals to children in need. Mohamud and his conspirators exploited the Covid-19 pandemic to obtain, misappropriate, and launder tens of millions of dollars in program funds that were intended as reimbursements for the cost of serving meals and food to children. In all, the conspirators claimed to be entitled to more than $20 million in Federal Child Nutrition Program funds. And they fraudulently misappropriated more than $17.4 million of that sum.

The S&S scheme worked as follows. S&S Catering's principals, including Mohamud, recruited others to join the criminal scheme by creating fraudulent food distribution sites with S&S as their required vendor. Many of those sites participated in the food program under the sponsorship of Feeding Our Future; some were sponsored by Partners in Nutrition or by a sponsor called Gargaar.

Then, S&S—and often Mohamud himself—created bogus invoices, purporting to reflect the Program-reimbursable meals delivered by S&S on behalf of its various fraudulent site partners. Mohamud and his conspirators at S&S required the site operators to create fake meal counts aligning with the earlier-produced fake invoices. Those site operators then submitted those fake documents (the invoices, the meal counts, and other supporting and bogus documentation) to their sponsor for

2

reimbursement. S&S and its principals typically extracted from the sites with which it worked most of those sites' Program reimbursements. In some cases, S&S and its principals made out with 90% or more of the total, fraudulently obtained Program pay-out to a site from its sponsor.

Mohamud chiefly played two roles in this scheme.

First, Mohamud created S&S's bogus documentation, which S&S-partnered sites used and relied upon to substantiate their bogus meal claims. To this end, Mohamud crafted fake invoices, fraudulently representing provisions of food by S&S that never happened. He also facilitated his conspirator's use and submission of fake lists of names and attendance rosters in support of bogus claims.

Second, Mohamud managed one of S&S's partner, fraudulent food sites. It was called Academy for Youth Excellence, which was a nonprofit of which Mohamud was Board Chair. Mohamud often substantiated his site's inflated and fraudulent claims with bogus S&S invoices. And for that site, Mohamud sometimes signed the meal counts himself.

For his participation in the scheme, Mohamud pocketed more than $4 million. He used those fraud proceeds to, among other things, buy a full city block's worth of buildings on East Lake Street and to buy himself a home in Brooklyn Park.

## II.  BACKGROUND

### A.  The Federal Child Nutrition Program

The Federal Child Nutrition Program is a government program that ensures children receive nutritious meals and snacks that adequately promote healthy physical and education development. The program is run through the Food and

Nutrition Service, an agency of the United States Department of Agriculture ("USDA"). That agency administers Federal Child Nutrition Programs, which includes the Summer Food Service Program and Child and Adult Care Food Program (together, the "Federal Child Nutrition Program").

The Summer Food Service Program is a federal program established to ensure that children continue to receive nutritious meals when school is not in session. The Summer Food Service Program reimburses non-profit organizations and other participating entities that serve free healthy meals and snacks to children and teens in low-income areas. The Child and Adult Care Food Program is a federal program that reimburses non-profit organizations and other participating entities that serve healthy meals and snacks to children and adults at participating childcare centers, daycare homes, and after-school programs.

The Federal Child Nutrition Program operates throughout the United States. The USDA's Food and Nutrition Service administers the programs at the national and regional levels by distributing federal funds to state governments, which provide oversight for the Federal Child Nutrition Program. In Minnesota, the Minnesota Department of Education ("MDE") administers the Federal Child Nutrition Program.

The Federal Child Nutrition Program operated through sponsors, which oversaw the sites. Sponsors, like Feeding Our Future and Partners In Nutrition, are responsible for monitoring the operation of the programs and submitting reimbursement claims.

Feeding Our Future and Partners In Nutrition were non-profit organizations purportedly in the business of helping community partners participate in the Federal Child Nutrition Program. Both were approved sponsors of the Federal Child Nutrition Program, and prior to the onset of the Covid-19 pandemic, each operated as a small non-profit that sponsored the participation of Minnesota daycares and after school programs in the Federal Child Nutrition Program.

Meals funded by the Federal Child Nutrition Program in Minnesota are served at "sites." Each site participating in the Federal Child Nutrition Program must be sponsored by an organization authorized to participate in the Federal Child Nutrition Program. Sponsors are required to submit an application to MDE for each site. Sponsors are responsible for monitoring each of their sites and preparing reimbursement claims for their sites.

Sponsors submit reimbursement claims to MDE on behalf of sites under their sponsorship. The USDA provides federal reimbursement funds to MDE on a per-meal basis. MDE provides the federal funds to the sponsoring agency, which in turn pays the reimbursement funds to the sites under its sponsorship. The sponsoring agency retains ten to fifteen percent of the funds as an administrative fee in exchange for sponsoring the sites, submitting reimbursement claims, and disbursing the federal funds.

In exchange for sponsoring the sites' fraudulent participation in the program, sponsors received Federal Child Nutrition Program funds as administrative fees. In 2020 and 2021, Feeding Our Future and Partners In Nutrition received tens of

5

millions of dollars in Federal Child Nutrition Program funds in administrative fees. Because the amount of administrative fees the sponsors received was based on the amount of federal funds received by sites under its sponsorship, Feeding Our Future and Partners In Nutrition received tens of millions of dollars in administrative fees to which they were not entitled, due to their sponsorship and facilitation of fraudulent sites participating in the program.

### B.    The Covid-19 Waivers and Fraud

The Covid-19 pandemic, including various stay-at-home orders and distance learning, disrupted the operation of the Federal Child Nutrition Program. As a result, the USDA issued waivers to certain program requirements, allowing additional flexibility for implementing the program and expanding the scope of the program. Following the start of the Covid-19 pandemic and the resulting waivers, Feeding Our Future and Partners In Nutrition experienced an explosion in the number of sites they sponsored.

Historically, the Federal Child Nutrition Program provided meals to children involved in education-based programs or activities. During the Covid-19 pandemic, the USDA waived several of the standard requirements for participation in the Federal Child Nutrition Program. Among other things, the USDA allowed for-profit restaurants to participate in the program. It also allowed for food distribution to children outside of educational programs. At the same time, the state government's stay-at-home order and telework policies made it more difficult to oversee the program. These changes left the program vulnerable to fraud and abuse.

Beginning in approximately April 2020—with the onset of the Covid-19 pandemic—Feeding Our Future and Partners In Nutrition dramatically increased the number of sites under their sponsorship as well as the amount of Federal Child Nutrition Program funds received by those sites.

Feeding Our Future went from receiving and disbursing approximately $3.4 million in federal funds to sites under its sponsorship in 2019 to nearly $200 million in 2021. Partners In Nutrition went from receiving and disbursing approximately $5.6 million in federal funds to sites under its sponsorship in 2019 to more than $200 million in 2021.

### III.   SCHEME TO DEFRAUD THE FEDERAL CHILD NUTRITION PROGRAM

#### A.   Feeding Our Future

Aimee Bock was the founder and executive director of Feeding Our Future, a non-profit organization in the business of helping community partners participate in the Federal Child Nutrition Program and related federal programs. Feeding Our Future was an approved sponsor of the Federal Child Nutrition Program. As a sponsor, Feeding Our Future was responsible for submitting site applications to MDE for approval, monitoring active sites, submitting claims for reimbursement from MDE, and disbursing federal funds to sites under its sponsorship. Feeding Our Future received payment from MDE and kept an administrative fee—typically 10 to 15 percent. Feeding Our Future provided the remaining funds directly to sites.

During the Covid-19 pandemic, Bock and her company recruited individuals and entities to open more than 200 Federal Child Nutrition Program sites throughout the state of Minnesota. The sites fraudulently claimed to be serving meals to

thousands of children a day within just days or weeks of being formed and despite having few, if any, staff and little to no experience serving this volume of meals.

Mohamud and his conspirators at S&S, including defendants Qamar Hassan and Sahra Nur, collectively claimed to be serving meals to tens of thousands of children each day throughout the State of Minnesota, for which they fraudulently claimed and received millions of dollars in Federal Child Nutrition Program funds.

B.   **S&S Catering, Inc.**

Abdiwahab Mohamud, Qamar Hassan, and Sahra Nur, worked together to operated S&S Catering. S&S Catering was a for-profit restaurant and catering business that initially participated in the food program as a distribution site and subsequently as a vendor for other sites purporting to serve food under the Federal Child Nutrition Program. S&S was located on Lake Street, a hub of the food fraud and the location of at least 21 food-program sites.



8

Prior to 2020, S&S Catering participated in the federal food program as a vendor. In August 2020, S&S Catering applied to participate in the federal food program as a site. Soon thereafter, the number of meals S&S Catering purported to serve, both as a site and as a vendor, dramatically increased. Beginning in 2021, S&S Catering transitioned to act primarily as a vendor, purportedly providing meals to at least two dozen different sites.

Between September 2020 and April 2021, Mohamud and his conspirators at S&S claimed to serve over 1.2 million meals. In reality, S&S only served a fraction of those meals. S&S directly received more than $6.8 million in payments for purportedly serving meals.

### C. Abdiwahab Mohamud's Role As Chief Document Fabricator at S&S Catering

As described above, S&S operated in the scheme both as a fraudulent food site and, principally later, as a fraudulent food vendor for other sites with whom S&S—meaning Mohamud and his partners there—conspired. As a fake vendor, S&S created bogus invoices, purporting to reflect the meals delivered by S&S on behalf of its fraudulent site partners. S&S required those sites to create fake meal counts aligning with the earlier-produced fake invoices. The conspirator then submitted those documents to their sponsors for reimbursement.

Mohamud was responsible for creating the bogus invoices that were at the heart of the S&S fraud scheme. He emailed those invoices to other members of the fraud scheme for use in their fraudulent billing. As just one example, on August 6, 2021, Mohamud sent an invoice to a fraudulent food site in Mankato with instructions to: "Please make sure the supervisor of the program should sign the bottom of the meal count for breakfast and Supper. Please let me know if you have any questions."

> **From:** Abdiwahab Ahmed <abdiwahab444@gmail.com>
> **To:** ahmednur81@gmail.com
> **Subject:** Meal counts and Invoices for June and July
> **Date:** Fri, 06 Aug 2021 02:09:49 -0500
> **Attachments:** June_Meal_count_and_invoice_for_Mankato.pdf;
> July_Meal_count_and_invoice_for_Mankato.pdf
>
> ---
>
> Hi Ahmed,
> Please make sure the supervisor of the program should sign the bottom of the meal count for breakfast and Supper.
> Please let me know if you have any questions.
> Thanks!

| | S&S Catering Inc | | | |
|---|---|---|---|---|
| 307 E Lake St | | Phone:612-987-3977 | | |
| Minneapolis, MN 55408 | | | | |
| Bill To: | | Phone: | | Invoice #:1068 |
| Address: | 329 North Broad Street | | | Invoice Date:7/31/21 |
| | Mankato, MN 56001 | | | |
| Invoice For: | 7/1/2021 - 7/31/2021 | | | |

| Date | Description | Qty | Unit Price | Price |
|---|---|---|---|---|
| 7/1/2021 | Breakfast | 1988 | $ 2.00 | $ 3,976.00 |
| 7/1/2021 | Supper | 1988 | $ 3.50 | $ 6,958.00 |
| 7/2/2021 | Breakfast | 2003 | $ 2.00 | $ 4,006.00 |
| 7/2/2021 | Supper | 2003 | $ 3.50 | $ 7,010.50 |
| 7/3/2021 | Breakfast | 2003 | $ 2.00 | $ 4,006.00 |
| 7/3/2021 | Supper | 2003 | $ 3.50 | $ 7,010.50 |
| 7/4/2021 | Breakfast | 2003 | $ 2.00 | $ 4,006.00 |
| 7/4/2021 | Supper | 2003 | $ 3.50 | $ 7,010.50 |
| 7/5/2021 | Breakfast | 2003 | $ 2.00 | $ 4,006.00 |
| 7/5/2021 | Supper | 2003 | $ 3.50 | $ 7,010.50 |

Mohamud also was instrumental in developing fake lists of children and attendance rosters. The site operators with whom he conspired used those rosters in support of their fraudulent food-program claims. Some of the rosters that Mohamud and his conspirators trafficked included names drawn from "www.ListOfRandomNames.com."



At bottom, Mohamud operated as S&S's chief document fabricator. And he did so from his desk inside S&S, on East Lake Street. It was there that S&S conspirators visited Mohamud to discuss the fake documentation he generated and which they used to substantiate their inflated claims.

> D. **Abdiwahab's Role As the Manager of the Fake Food Site at Academy for Youth Excellence**

In addition to his role at S&S Catering, Mohamud had his own food site, called Academy for Youth Excellence. Mohamud claimed to serve meals for Academy for Youth Excellence out of a building on East Lake Street that Mohamud eventually purchased using fraud proceeds from his participation in the scheme. That building also housed S&S Catering and Benadir Hall, an event space used at one point in the scheme to throw a party for Feeding Our Future chief Aimee Bock.





Mohamud's site at Academy for Youth Excellence fraudulently claimed to serve up to 5,000 children a day, seven days a week. At times, Mohamud himself signed the fraudulent meal counts for his Academy for Youth Excellence site.

## AFTERSCHOOL MEAL COUNTS – CLICKER

N-A.C

| Sponsor | FEEDING OUR FUTURE | Email | claims@feedingourfuturemn.org | | | Phone | 612.345.4922 |
|---|---|---|---|---|---|---|---|
| Site | Academy For Youth Excellence | Supervisor | | | | Week of | 4/25/21 |

| Meal Type | X SUPPER | | | | SNACK | | | |
|---|---|---|---|---|---|---|---|---|
| Available Meals | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| Number of meals received/prepared | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | | 30000 |
| Number of meals from yesterday | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Meal Counts | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| Number of firsts served to children | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | | 30000 |
| Number of second meals served to children (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Number of meals served to program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Number of meals served to non-program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Number of children requesting meals of food is gone | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Food | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| FOOD TEMPERATURE | N/A | N/A | N/A | N/A | N/A | N/A | | N/A |
| Number of non-reimbursable, incomplete, or damaged meals | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Number of leftover meals | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Initials of person taking daily meal count certifying that the information is true and accurate | AM | AM | AM | AM | | | | |

SITE SUPERVISOR: By signing, I certify that the above information is true and accurate.

Signature _[signed]_   Date 4/30/21

## AFTERSCHOOL MEAL COUNTS – CLICKER

N-A.C

| Sponsor | FEEDING OUR FUTURE | Email | claims@feedingourfuturemn.org | | | Phone | 612.345.4922 |
|---|---|---|---|---|---|---|---|
| Site | Academy For Youth Excellence | Supervisor | | | | Week of | 4/4/21 |

| Meal Type | X SUPPER | | | | SNACK | | | |
|---|---|---|---|---|---|---|---|---|
| Available Meals | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| Number of meals received/prepared | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 35000 |
| Number of meals from yesterday | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Meal Counts | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| Number of firsts served to children | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 35000 |
| Number of second meals served to children (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of meals served to program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of meals served to non-program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of children requesting meals of food is gone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| FOOD TEMPERATURE | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Number of non-reimbursable, incomplete, or damaged meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of leftover meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Initials of person taking daily meal count certifying that the information is true and accurate | AM | AM | AM | AM | AM | AM | AM | AM |

SITE SUPERVISOR: By signing, I certify that the above information is true and accurate.

Signature _[signed]_   Date 4/10/21

IV. **POTENTIAL LEGAL AND EVIDENTIARY ISSUES**

    A. **Summary Testimony and Charts**

The United States intends to call law enforcement agents to testify as summary witnesses in its case-in-chief. "The testimony of a summary witness may be received so long as she bases her summary on evidence received in the case and is available for cross-examination." *United States v. Ellefsen*, 655 F.3d 769, 780 (8th Cir. 2011) (quoting *United States v. King*, 616 F.2d 1034, 1041 (8th Cir. 1980)).

In addition, because this case involves voluminous documentary evidence, including school enrollment records, bank records, and other financial documents, the government intends to offer summary charts into evidence in order to assist the jury. Summary charts are properly admitted when (1) the charts fairly summarize voluminous trial evidence, (2) they assist the jury in understanding testimony already introduced, and (3) the witness who prepared the charts is subject to cross-examination with all documents used to prepare the summary. *United States v. Spires*, 628 F.3d 1049, 1052-53 (8th Cir. 2011) (citing Fed. R. Evid. 1006). "Also, summaries may include assumptions and conclusions so long as they are 'based upon evidence in the record.'" *Id.* at 1053.

    B. **Stipulations and Self-Authentication Pursuant to Federal Rule of Evidence 902**

The parties will attempt to reach stipulations prior to the pretrial conference.

With respect to any business records for which the defendant is unwilling to stipulate with respect to foundation, the government has and will be providing notice to defense counsel of its intent to offer these business records pursuant to the

15

self-authentication provisions of Federal Rules of Evidence 803(6) and 902(11). The records have and will be identified with particularity to the defense in the government's Federal Rule of Evidence 902 notices, and they have all previously been provided to the defense in the government's Rule 16 disclosures (with the limited exception of some bank records yet to be provided to the government pursuant to subpoena, which the government will promptly share with the defense once it receives them). The government will also seek to admit certain public records pursuant to the self-authentication provisions of Federal Rules of Evidence 803(8) and 902(1), (2), and (4).

Dated: September 25, 2025              Respectfully Submitted,

                                       JOSEPH H. THOMPSON
                                       Acting United States Attorney

                                       /s/ *Melinda A. Williams*
                               BY:     DANIEL W. BOBIER
                                       MELINDA A. WILLIAMS
                                       Assistant United States Attorneys