UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-224(3) (NEB/DTS)

UNITED STATES OF AMERICA

v.                                    **UNITED STATES' EXHIBIT LIST**

ABDIWAHAB AHMED MOHAMUD

| PRESIDING JUDGE | | GOVERNMENT'S COUNSEL | DEFENDANTS' COUNSEL |
|---|---|---|---|
| The Honorable Nancy E. Brasel | | Daniel W. Bobier, AUSA<br>Melinda A. Williams, AUSA | Jason Steck, Esq. |
| TRIAL DATE<br>October 14, 2025 | | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Kristine Wegner |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **A – Academy For Youth Excellence** | | | |
| A-1 | | | Photo of Benadir Hall /S&S Catering located at 307 East Lake Street, Minneapolis, Minnesota – Site of Academy for Youth Excellence |
| A-2 | | | January 6, 2021 email from Sahra Nur to Aimee Bock, subject: Academy for youth excellence, with attachment |
| A-3 | | | January 7, 2021 email from Sahra Nur to academyforyouthexcellence@gmail, no subject, with attachment |
| A-4 | | | January 20, 2021 email from Sahra Nur to Aimee Bock, subject: SFP-1-16-21, with attachment |
| A-5 | | | February 27, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: Academy, with attachment |
| A-6 | | | February 28, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: Last Update, with attachment |
| A-7 | | | March 4, 2021 email from Qamar Hassan to abdiwahab444@gmail, no subject, with attachment |
| A-8 | | | March 6, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: 5000, with attachment |
| A-9 | | | March 6, 2021 email from Sahra Nur to abdiwahab444@gmail, no subject, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-10 | | | October 28, 2021 email from Sahra Nur to claims@feedingourfuturemn, Subject: Receipts for Academy For Youth Excellence, with attachment |
| A-11 | | | January 2, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, Subject: academy, with attachment |
| A-12 | | | March 3, 2021 email from Martin Mohamed to sahrajisow@gmail, Subject: FwUpdated Board Minutes and Consultant Service Agreement, with attachments |
| A-13 | | | June 2, 2021 email chain between Hani Mahamud and Feeding Our Future, subject: Fwd: Message from RNP58387923F34B with attached meal counts and invoices |
| A-14 | | | August 11, 2021 email from noreply@feedourfuture.org to AAA-Claims, subject: Message from RNP58387923F34B with attached meal counts and invoices |
| A-15 | | | February 27, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment |
| A-16 | | | February 28, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: academy update, with attachment |
| A-17 | | | March, 3, 2021 email Abdiwahab Mohamud to jacoor2013@gmail, subject: Children check list, with attachment |
| A-18 | | | |
| A-19 | | | |
| A-20 | | | |
| **A – Feeding Our Future – Documents Seized at the Feeding our Future Search Warrant at 3055 Old Highway 8, Conducted on January 20, 2022 – Related to Academy For Youth Excellence** | | | |
| A-50 | | | Folder – "Academy Youth Excellence" including, rosters, meal counts and Delivery Receipt (140 pages) |
| A-51 | | | Folder – "Permanent File" (16 pages) |
| A-52 | | | Folder – "Fiscal Year 21" (21 pages) |
| A-53 | | | Folder – "Academy For Youth Excellence" Jan 2021 (40 pages) |
| A-54 | | | Folder – "FY21 Feb Academy for Youth Excellence AS/SFSP" (145 pages) |
| A-55 | | | Folder – "Academy for Youth Excellence FY 2021 March" (175 pages) |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A-56 | | | Folder – "FY21 April Academy for Youth Excellence AS/SFSP" (78 pages) |
| A-57 | | | Folder – "FY21 Academy for Youth Excellence May" (141 pages) |
| A-58 | | | Folder – "Academy for Youth Excellence May 2021" (147 pages) |
| A-59 | | | Folder – "Academy for Youth Excellence June 2021" (120 pages) |
| A-60 | | | Folder – "FY21 Academy for Youth Excellence June" (121 pages) |
| A-61 | | | Folder – "FY21 Academy for Youth Excellence July" (26 pages) |
| A-62 | | | Folder – "FY21 Academy for Youth Excellence <u>August</u>" (28 pages) |
| A-63 | | | Folder – "FY21 Academy for Youth Excellence August" (15 pages) |
| A-64 | | | Folder – "Academy for Youth Excellence Sept 2021" (25 pages) |
| A-65 | | | Folder – "Academy for Youth Excellence Sep" (100 pages) |
| A-66 | | | Folder – "FY21 Academy for Youth Excellence AS/SFSP <u>OCT</u>" (80 pages) |
| A-67 | | | Folder – "FY22 Nov. Academy for Youth Excellence" (94 pages) |
| A-68 | | | Folder – "FY22 Dec. Academy for Youth Excellence" (51 pages) |
| A-69 | | | |
| A-70 | | | |
| **B – S&S Catering** | | | |
| B-1 | | | December 2, 2020 email from Sahra Nur to Aimee Bock, subject: Academy for youth excellence with attachments |
| B-2 | | | February 5, 2020 email from Jabarti Jigis to Abdiwahab Ahmed, subject: S&S W-2s 2019 |
| B-3 | | | May 24, 2020 email from Jabarti Jigis to Abdiwahab Ahmed, subject: S&S Profit & Loss |
| B-4 | | | November 1, 2020 email from Abdikerm Eidleh to FOF staff, subject: S&S CATERING OCTOBER SUMMER MEAL COUNTS with attachments |
| B-5 | | | December 8, 2020 email from Sahra Nur to Abdiwahab Ahmed, subject: Contract for vended meals |
| B-6 | | | December 8, 2020 email from Sahra Nur to Abdiwahab Ahmed, subject: Summer food program services contract |
| B-7 | | | January 6, 2021 email from Sahra Nur to Aimee Bock, subject: Academy for youth excellence with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| B-8 | | | February 18, 2021 email from Abdiwahab Ahmed to abyan2008@hotmail, subject: Balance |
| B-9 | | | February 18, 2021 email from Jabarti Jigis to Abdiwahab Ahmed, subject: Fwd: Need this documents for S&S Caterin |
| B-10 | | | April 30, 2020 email from Mahad Ibrahim to Abdiwahab Mohamed, subject: Here is the community bank including link |
| B-11 | | | May 24, 2020 email from Jabarti Jigis to Abdiwahab Ahmed, subject: - S&S Profit & Loss with attachmen |
| B-12 | | | July 31, 2020 email from noreply@hennepin.us to Mary Matze, subject: SBRR Grants Application completed for: S&S Catering Inc with attachment |
| B-13 | | | April 17, 2021 email from Abdiwahab Ahmed to fido7177@gmail, subject: WEEKLY MENU |
| B-14 | | | May 2, 2021 email from Abdiwahab Ahmed to Abdiwahab Ahmed, no subject with attached excel |
| B-15 | | | |
| B-16 | | | June 9, 2021 email from Qamar Hassan to Hani@feedingourfuturemn.org, subject: April May invoices for 4 companies with attachments |
| B-17 | | | April 20, 2021 email from Qamar Hassan to Hani, subject: All invoices |
| B-18 | | | May 18, 2021 email from Mohamed Ahmed to abdiwahab44@gmail, subject: Fwd: fido, with attachments |
| B-19 | | | Agent created summary of an excel roster with hyperlinks to a website titled listofrandomnames.com |
| B-20 | | | Email from Aimee Bock to Emily Honer copying MDE employees, subject: Re: S&S Catering Location |
| B-21 | | | Email chain with Emily Honer and MDE employees, subject: RE: Restaurants as a site in SFSP/CACFP At-Risk with attachment |
| B-22 | | | Email from Emily Honer copying MDE employees, subject: UPDATED GUIDANCE_Restaurants as a site in SFSP |
| B-23 | | | Email from Aimee Bock to MDE, subject: For-Profit Restaurant Clarifications |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
|  | | | **B – Feeding Our Future – Documents Seized at the Feeding our Future Search Warrant at 3055 Old Highway 8, Conducted on January 20, 2022 – Related to S&S Catering** |
| B-35 | | | Folder – "S & S Catering – PERMANENT FILE" (26 pages) |
| B-36 | | | Folder – "FY20 September – S&S Catering) (17 pages) |
| B-37 | | | Folder – "FY21 S&S Jan" (33 pages) |
| B-38 | | | Folder – "FY21 Feb S&S SFSP" (20 pages) |
| B-39 | | | Folder – "FYI21 March S&S Catering (AS/SFSP)" (174 pages) |
| B-40 | | | Folder – "FYI21 April S&S Catering (AS/SFSP)" (16 pages) |
| B-41 | | | Folder – "FY21 October – S&S" (18 pages) |
| B-42 | | | Folder – "FY21 Nov. – S&S" (28 pages) |
| B-43 | | | Folder – "FY21 S&S Dec" (19 pages) |
|  | | | **C – Advance Youth Athletic Development (Guhaad Said)** |
| C-1 | | | February 26, 2021 email from Martin Mohamed to sahrajisow@gmail, subject: Fwd: Advance Youth Athletic Development, with attachments |
| C-2 | | | February 26, 2021 email from Martin Mohamed to sahrajisow@gmail, subject: Fwd: Advance Youth Athletic Development, with attachments (2) |
| C-3 | | | March 8, 2021 email from Aimee Bock to MDE, subject: Side ID Request: Advance Youth Athletic Development with attachments |
| C-4 | | | April 1, 2021 email from Qamar Hassan to FoF, subject: March claims for advance youth athletic developments |
| C-5 | | | April 30, 2021 Advance Youth Athletic Development Meal Counts (Google Drive) |
| C-6 | | | April 30, 2021 S&S Catering Invoice for Advance Youth Athletic Development (Google Drive) |
| C-7 | | | May 2, 2021 email from Advance Youth to FoF, subject: April claim |
| C-8 | | | July 28, 2021 email from Abdiwahab Ahmed to jigiassociates@gmail.com, subject: Advance Youth Athletic Development, with attachment |
| C-9 | | | August 3, 2021 email from Aimee Bock to MDE, subject: Late Claims Request - Advance Youth Athletic Development, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| C-10 | | | August 19, 2021 email from Advance Youth to Aimee Bock, subject: 501 C for Advance Youth Athletic Development, with attachment |
| C-11 | | | March 30, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: Guhaad 5000, with attachment |
| C-12 | | | March 24, 2021 email from Sahra Nur to Khadija Ali, subject: Secretary of State, with attachments |
| C-13 | | | April 8, 2021 email from Advance Youth to jigisassociates@gmail.com, subject: Wee need payroll account, with attachments |
| C-14 | | | April 17, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment |
| C-15 | | | April 17, 2021 email from Abdiwahab Ahmed to abdiwahab444@gmail.com, no subject, wit attachment |
| C-16 | | | June 7, 2021 email chain from Hani Mahamud to CACFP Claims, subject: Fwd: Menu and all invoices and receipts, with attachments |
| C-17 | | | April 20, 2021 email from Qamar Hassan to hani@feedingourfuturemn.org, subject: All invoices, with attachments |
| C-18 | | | April 29, 2021 email from Aimee Bock to Ikram Osman, subject: Fwd: Renewed Motion, with attachments |
| C-19 | | | April 29, 2021 email from Emily Honer to Aimee Bock, subject: Denial of Site Applications, with attachments |
| C-20 | | | May 2, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment |
| C-21 | | | June 2, 2021 email from Hani Mahamud to CACFP Claims, subject: Fwd: Message from "RNP58387923F34B," with attachment |
| C-22 | | | June 29, 2021 email from Hani Mahamud to CACFP Claims, subject: Fwd: Message from "RNP58387923F34B," with attachment |
| C-23 | | | August 17, 2021 email from Aimee Bock to Emily Honer, subject: Missing Claims Worksheet |
| C-24 | | | August 19, 2021 email from Aimee Bock to Emily Honer, subject: Re: Missing Claims Worksheet |
| C-25 | | | January 31, 2022 email from Abdiwahab Mohamud to abdiwahab444@gmail.com, no subject, with attachment |
| C-26 | | | June 7, 2021 email from Hani Mahamud to CACFP Claims, subject: Fwd: Menu and all invoices and receipts, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **C – Feeding Our Future – Documents Seized at the Feeding our Future Search Warrant at 3055 Old Highway 8, Conducted on January 20, 2022 – Related to Advance Youth Athletic Development** | | | |
| C-30 | | | Folder – "Guhad" folder related to Advance Youth Athletic Development (58 pages) |
| C-31 | | | Folder – "FY21 April Advance Youth Athletic Development" (135 pages) |
| C-32 | | | Folder – "FY21 Advance Youth Athletic D. March" (142 pages) |
| C-33 | | | Folder – "FY21 Advance Youth Athletic Development June" (120 pages) |
| C-34 | | | Folder – "Advance Youth Athletic Development March" (61 pages) |
| C-35 | | | |
| C-36 | | | |
| C-37 | | | |
| C-38 | | | |
| C-39 | | | |
| C-40 | | | |
| **E – Youth For Higher Education Achievement (Filsan Hassan)** | | | |
| E-1 | | | List of Names for Youth for Higher Educational Achievments (sic), January 2021 |
| E-2 | | | February 28, 2021 email from Sahra Nur to Filsan Hassan, no subject, attachment Filsan.xls |
| E-3 | | | March 8, 2021 email from Hashem Yusuf to Abdiwahab Ahmed, subject: Fwd: Filly list |
| E-4 | | | March 30, 2021 email from Qamar Hassan to herself, subject: Filsan |
| E-5 | | | April 19, 2021 email from Qamar Hassan to Hani, subject: Menu and all invoices and receipts |
| E-6 | | | |
| E-7 | | | April 21, 2021 email from Qamar Hassan to Hani, subject: invoice for youth higher |
| E-8 | | | May 4, 2021 email from Abdiwahab Ahmed to self, subject: Filsan 4388 |
| E-9 | | | May 4, 2021 email from Abdiwahab Ahmed to self, subject: Filsan |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| E-10 | | | May 6, 2021 email from scanner to fido7177 with scanned documents including meal counts and delivery receipts |
| E-11 | | | May 6, 2021 email from scanner to fido7177 with scanned roster |
| E-12 | | | May 8, 2021 email from Qamar Hassan to Feeding our Future, subject: Fwd: March Claim |
| E-13 | | | May 11, 2021 email from Qamar Hassan to Feeding our Future, subject: Menu for Your for Higher educational Achievements |
| E-14 | | | June 2, 2021 email from Hani Mahamud to Feeding our Future with scanned meal counts and rosters |
| E-15 | | | June 29, 2021 email from Hani Mahamud to Feeding our Future and Genesis with scanned meal counts and rosters |
| E-16 | | | July 3, 2021 email from Qamar Hassan to Hani, subject: invoice for YOUTH FOR HIGHER EDUCATIONAL ACHEIVEMENT |
| E-17 | | | July 30, 2021 email from Abdiwahab Ahmed to jigisassociates, subject: Logging info |
| E-18 | | | October 7, 2021 email from Feeding our Future with scanned meal counts |
| E-19 | | | October 7, 2021 email from Feeding our Future with scanned menu and invoices |
| E-20 | | | November 5, 2021 email from Feeding our Future with scanned invoices, menus, delivery receipts, meal counts, and rosters |
| E-21 | | | May 4, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: Filsan 4388, with attachment |
| E-22 | | | April 14, 2021 email from Abdiwahab Ahmed to abdiwahab444@gmail, no subject, with attachment |
| E-23 | | | December 22, 2020 email from Abdiwahab Ahmed to fido7177@gmail.com, no subject, with Excel attachment |
| E-24 | | | May 31, 2021 email from Filsan Hassan to Abdiwahab Ahmed, subject: Fwd: Youth Educational Achievement with attachment |
| E-25 | | | June 2, 2021 email from Abdiwahab Ahmed to jigisassociates@gmail.com, subject: Payroll Set up |
| E-26 | | | |
| E-27 | | | |
| E-28 | | | |
| E-29 | | | |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| E-30 | | | |
| **E – Feeding Our Future – Documents Seized at the Feeding our Future Search Warrant at 3055 Old Highway 8, Conducted on January 20, 2022 – Related to Youth For Higher Education Achievement** | | | |
| E-31 | | | Folder – "FY21 Youth For Higher Educations Feb" (281 pages) |
| E-32 | | | Folder – FY21 March Youth For Higher Education Achievement (Boone) (109 pages) |
| E-33 | | | Folder – FY21 April Youth For Higher Educational Achievements (Boone) (120 pages) |
| E-34 | | | Folder – FY21 April Youth For Higher Educational (AS/SFSP) Achievement (Boone) (96 pages) |
| E-35 | | | Folder – Youth For Higher Education Achievements April 2021 (119 pages) |
| E-36 | | | Folder – FY21 April Advance Youth Athletic Development (AS/SFSP) (135 pages) |
| E-37 | | | Folder – FY21 May Youth for Higher Educational Achievements (Boone) (102 pages) |
| E-38 | | | Folder – FY21 June Youth for Higher Educational Achievements (66th) (110 pages) |
| E-39 | | | Folder – Youth For Higher Educational A SEP 66th (65 pages) |
| E-40 | | | Folder – FY22 NOV Youth Higher Ed Achievements – 66th (64 pages) |
| E-41 | | | Folder – FY 22 Dec 21 Youth For Higher Educational Achievements 66th (66 pages) |
| E-42 | | | Folder – "G" (143 pages) |
| E-43 | | | Folder – "Guhad" (274 pages) |
| E-44 | | | |
| E-45 | | | |
| E-46 | | | |
| E-47 | | | |
| **F – Youth Inventors Lab (Abdul Ali, Yusuf Ali, and Bekam Merdassa)** | | | |
| F-1 | | | January 13, 2021 email from Aimee Bock to MDE, subject: Side ID Request – Youth Inventor's Lab, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|-------|--------------|----------|------------------------|
| F-2 | | | March 3, 2021 email from Abdul Ali to Aimee Bock, subject: Youth Inventor's Lab, with attachment |
| F-3 | | | March 9, 2021 email from Hadith Ahmed to Aimee Bock, subject: Youth Inventor's Lab, with attachment |
| F-4 | | | March 17, 2021 email from Aimee Bock to Kendra Pace, subject: Youth Inventor's Lab and Dar Al Farooq |
| F-5 | | | March 23, 2021 email from Aimee Bock to Kendra Pace and MDE, subject: Youth Inventor's Lab CLICs app |
| F-6 | | | March 25, 2021 email exchange between Aimee Bock and Abdul Ali, subject: Re: Youth Inventor's Lab |
| F-7 | | | March 9, 2021 email chain between from Aimee Bock and Hadith Ahmed, subject: Re: Youth inventor lab |
| F-8 | | | March 9, 2021 email from Hadith Ahmed to Aimee Bock, subject: Youth inventor lab, with attachment |
| F-9 | | | April 7, 2021 email from Abdul Ali to claims@feedingourfuturemn.org, subject: RE: March claims – YIL with attachments |
| F-10 | | | MN SOS filing on 03/27/2014 for Youth Inventor's Lab |
| F-11 | | | January 12, 2021 email from "MyFax" to Aimee Bock, subject: MyFax message from "" – 1 page(s), Caller-ID: 16514932570, with attachment |
| F-12 | | | February 18, 2021 email from Abdul Ali to Aimee Bock, subject: Fwd: Bill for End of December and January, with attachments |
| F-13 | | | March 12, 2021 email from fns.administrator@state.mn.us to Aimee Bock, subject: Side ID Request Granted |
| F-14 | | | March 17, 2021 email from Aimee Bock to Abdul Ali, subject: Re: Youth Inventors Lab |
| F-15 | | | May 15, 2021 email from Abdul Ali to FoF, subject: More Receipts/Invoices with attachments |
| F-16 | | | June 8, 2021 email from noreply@feedourfuture.org to AAA-Claims, subject: Message from "RNP58387923F34B," with attachment |
| F-17 | | | November 3, 2021 email from noreply@feedourfuture.org to AAA-Claims, subject: Message from "FOF-RICOH-1-PRINTER," with attachment |
| F-18 | | | |
| F-19 | | | |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| F-20 | | | |
| F-25 | | | February 2, 2021 email from Abdiwahab Mohamud (Minnesota Senior Care gmail) to Abdul Ali with blank meal count sheets |
| F-26 | | | February 22, 2021 email from Abdiwahab Mohamud (Minnesota Senior Care gmail) to Abdul Ali with meal counts and delivery receipts |
| F-27 | | | February 22, 2021 email from Abdiwahab Mohamud (Minnesota Senior Care gmail) to Abdul Ali with two attached Excel invoices |
| F-28 | | | February 23, 2021 email from Abdiwahab Mohamud (Minnesota Senior Care gmail) to Abdul Ali with two attached Excel invoices |
| | | | |
| **F – Feeding Our Future – Documents Seized at the Feeding our Future Search Warrant at 3055 Old Highway 8, Conducted on January 20, 2022 – Related to Youth For Higher Education Achievement** | | | |
| F-50 | | | Folder – "FY21 Youth Inventors Lab – June" (168 pages) |
| F-51 | | | Folder – "FY21 Nov. Youth Inventor Lab" (65 pages) |
| F-52 | | | Folder – "FYI22 Dec 21. Youth Inventors Lab." (69 pages) |
| F-53 | | | Folder – "Youth Inventors Lab FY 2021 March" (159 pages) |
| F-54 | | | Folder – "Youth Inventors" (163 pages) |
| F-55 | | | Folder – "Youth Inventors Lab – Permanent File" (27 pages) |
| F-56 | | | |
| F-57 | | | |
| **G – Minnesota Department of Education (MDE) Records, CliCs Data** | | | |
| G-1 | | | 9000018899 Site Academy for Youth Excellence 309 E Lake St, Suite 200 Minneapolis, MN CACFP Applications CliCs data |
| G-2 | | | 9000018899 Site Academy for Youth Excellence 309 E Lake St, Suite 200 Minneapolis, MN CACFP Claims CliCs data |
| G-3 | | | 9000018899 Site Academy for Youth Excellence 309 E Lake St, Suite 200 Minneapolis, MN SFSP Applications CliCs data |
| G-4 | | | 9000018899 Site Academy for Youth Excellence 309 E Lake St, Suite 200 Minneapolis, MN SFSP Claims CliCs data |
| G-5 | | | 9000019299 Site Academy for Advance Youth Athletic Development (Central Ave Lofts) 920 24th Ave NE, Minneapolis, MN CACFP Applications CliCs data |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|-------|--------------|----------|------------------------|
| G-6 | | | 9000019299 Site Academy for Advance Youth Athletic Development (Central Ave Lofts) 920 24th Ave NE, Minneapolis, MN CACFP Claims CliCs data |
| G-7 | | | 9000018974 Site Youth Higher Education Achievement (Continental Village Apartments) 5632 Boone Ave N, New Hope, MN CACFP Applications CliCs data |
| G-8 | | | 9000018974 Site Youth Higher Education Achievement (Continental Village Apartments) 5632 Boone Ave N, New Hope, MN CACFP Claims CliCs data |
| G-9 | | | 9000018609 Site Youth Higher Education Achievement (Distribution Site S&S Catering) 307 E Lake St. Minneapolis, MN CACFP Applications CliCs data |
| G-10 | | | 9000018609 Site Youth Higher Education Achievement (Distribution Site S&S Catering) 307 E Lake St. Minneapolis, MN CACFP Claims CliCs data |
| G-11 | | | 9000018975 Site Youth Higher Education Achievement (Georgetown Park Apartments) 830 66th Ave N, Brooklyn Center, MN, CACFP Application CliCs data |
| G-12 | | | 9000018975 Site Youth Higher Education Achievement (Georgetown Park Apartments) 830 66th Ave N, Brooklyn Center, MN, CACFP Claims CliCs data |
| G-13 | | | 9000018994 Site Youth Inventor Lab 2434 University Ave W, Lower Level, St. Paul, MN, CACFP Application CliCs data |
| G-14 | | | 9000018994 Site Youth Inventor Lab 2434 University Ave W, Lower Level, St. Paul, MN, CACFP Claims CliCs data |
| G-15 | | | 9000016619 Site Intown Child Care Center 1 W Lake St, Minneapolis, CACFP Application CliCs data |
| G-16 | | | 9000016619 Site Intown Child Care Center 1 W Lake St, Minneapolis, CACFP Claims CliCs data |
| G-17 | | | 9000016619 Site Intown Child Care Center 1 W Lake St, Minneapolis, SFSP Application CliCs data |
| G-18 | | | 9000016619 Site Intown Child Care Center 1 W Lake St, Minneapolis, SFSP Claims CliCs data |
| G-19 | | | 9000018828 Site Masjid Al Huda, 2534 Central Ave NE, Minneapolis, CACFP Application CLiCs data |
| G-20 | | | 9000018828 Site Masjid Al Huda, 2534 Central Ave NE, Minneapolis, CACFP Claims CLiCs data |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| G-21 | | | 9000018828 Site Masjid Al Huda, 2534 Central Ave NE, Minneapolis, SFSP Application CLiCs data |
| G-22 | | | 9000018828 Site Masjid Al Huda, 2534 Central Ave NE, Minneapolis, SFSP Application CLiCs data |
| G-23 | | | 9000018273 Site Minnesota Senior Center, 309 E Lake St, Minneapolis, CACFP Application CLiCs data |
| G-24 | | | 9000018273 Site Minnesota Senior Center, 309 E Lake St, Minneapolis, CACFP Claims CLiCs data |
| G-25 | | | 9000016769 Site Mako Childcare Center Inc 2538 25th Ave So, Minneapolis, CACFP Application CLiCs data |
| G-26 | | | 9000016769 Site Mako Childcare Center Inc 2538 25th Ave So, Minneapolis, CACFP Claims CLiCs data |
| G-27 | | | 9000018855 Site Midnimo 13971 W Preserve Blvd, Burnsville, CACFP Application CLiCs data |
| G-28 | | | 9000018855 Site Midnimo 13971 W Preserve Blvd, Burnsville, CACFP Claims CLiCs data |
| G-29 | | | 9000018855 Site Midnimo 13971 W Preserve Blvd, Burnsville, SFSP Application CLiCs data |
| G-30 | | | 9000018855 Site Midnimo 13971 W Preserve Blvd, Burnsville, SFSP Claims CLiCs data |
| G-31 | | | 9000018014 Site Midtown Childcare Center Inc 2940 Chicago Ave, Minneapolis, CACFP Application CLiCs data |
| G-32 | | | 9000018014 Site Midtown Childcare Center Inc 2940 Chicago Ave, Minneapolis, CACFP Claims CLiCs data |
| G-33 | | | 9000019653 Site Northside Boxing Club 1704 N 33rd Ave, Minneapolis, CACFP Application CLiCs data |
| G-34 | | | 9000019653 Site Northside Boxing Club 1704 N 33rd Ave, Minneapolis, CACFP Claims CLiCs data |
| G-35 | | | 9000016611 Site Smart Therapy Center 2614 Nicollet Ave, Minneapolis, CACFP Application CLiCs data |
| G-36 | | | 9000016611 Site Smart Therapy Center 2614 Nicollet Ave, Minneapolis, CACFP Claims CLiCs data |
| G-37 | | | 9000019046 Site Somali American Peace Council 3355 Hiawatha Ave S, Minneapolis, CACFP Application CLiCs data |
| G-38 | | | 9000019046 Site Somali American Peace Council 3355 Hiawatha Ave S, Minneapolis, CACFP Claims CLiCs data |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| G-39 | | | 9000019387 Site Somali American Peace Council 2910 Pillsbury Ave S, Suite 345, Minneapolis, CACFP Application CLiCs data |
| G-40 | | | 9000019387 Site Somali American Peace Council 2910 Pillsbury Ave S, Suite 345, Minneapolis, CACFP Claims CLiCs data |
| G-41 | | | 9000015749 Site Sunshine Child Care Center 1822 E Lake St, Minneapolis, CACFP Application CLiCs data |
| G-42 | | | 9000015749 Site Sunshine Child Care Center 1822 E Lake St, Minneapolis, CACFP Claims CLiCs data |
| G-50 | | | MDE Claims Data PIN and FOF Excel spreadsheets (bulk) |
| **H– Bank Accounts and Financials** | | | |
| H-1 | | | Feeding Our Future (Bank of America account ending in 3156) |
| H-2 | | | Feeding Our Future (BBVA Compass Bank checking account ending in 4783) |
| H-3 | | | Academy for Youth Excellence (Woodlands Bank checking account ending in x5914; account signor: Sahra M. Nur) |
| H-4 | | | Academy for Youth Excellence (TruStone Federal Credit Union Checking and Savings accounts ending in 1198; account signor: Sahra M. Nur) |
| H-5 | | | Youth Inventors Lab (US Bank checking account ending in 8373; account signor: Bekam A. Merdassa) |
| H-6 | | | Gar Gaar Family Services (Sunrise Banks checking account ending in 0353) |
| H-7 | | | Gar Gaar Family Services (US Bank checking account ending in 7120) |
| H-8 | | | Advance Youth Athletic Development (Woodlands National Bank checking account ending in 6356) |
| H-9 | | | Partners In Nutrition (US Bank checking account ending in 4045) |
| H-10 | | | Golis Properties LLC (Woodlands National Bank checking account ending in 5953; account signors: Abdiwahab A. Mohamud, Qamar Hassan, Sahra M. Nur) |
| H-11 | | | Golis Properties LLC (Woodlands National Bank checking account ending in 6681; account signors: Abdiwahab A. Mohamud, Qamar Hassan, Sahra M. Nur) |
| H-13 | | | Kilimanjaro Properties LLC (TruStone Financial Credit Union checking account ending in 5296; account signors: Qamar A Hassan; Sahra M. Nur; Abdiwahab A. Mohamud) |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|-------|-------------|----------|------------------------|
| H-14 | | | Franklyn Transportation LLC (Wells Fargo Bank checking account ending in 9109; account signor: Mulata Ali) |
| H-15 | | | S&S Catering Inc. (Woodlands National Bank checking account ending in 5810; account signors: Qamar A. Hassan; Mohamed A. Mohamud) |
| H-16 | | | S&S Catering Inc. (TruStone Financial Credit Union checking account ending in 6896; account signors: Qamar A. Hassan; Mohamed A. Mohamud) |
| H-17 | | | S&S Catering Inc. (Sunrise Banks NA checking account ending in 7865; account signor: Qamar A. Hassan) |
| H-18 | | | S&S Catering Inc. (Sunrise Banks NA checking account ending in 9473; account signor: Qamar A. Hassan) |
| H-19 | | | S&S Catering Inc. (JP Morgan Chase Bank checking account ending in 1213; account signor: Qamar A. Hassan) |
| H-20 | | | S&S Catering Inc. (JP Morgan Chase Bank savings account ending in 6868; account signor: Qamar A. Hassan) |
| H-21 | | | S&S Catering Inc. (Bank of America checking account ending in 6745; account signor: Qamar A. Hassan) |
| H-22 | | | S&S Catering Inc. (Bank of America checking account ending in 7605; account signors: Qamar A. Hassan, Mohamed Mohamud) |
| H-23 | | | S&S Catering Inc. (Bank of America checking account ending in 6893; account signors: Qamar A. Hassan, Mohamed Mohamud) |
| H-24 | | | S&S Catering Inc. (Bank of America savings account ending in 6903; account signor: Qamar A. Hassan, Mohamed Mohaumd) |
| H-25 | | | S&S Caterings Inc. (Spire Credit Union checking account ending in 7184; account signor: Yusuf Bashir Ali) |
| H-26 | | | Benadir Hall Inc. (TruStone Financial Credit Union checking and savings accounts ending in 0881; account signor: Abdullahe Jesow) |
| H-27 | | | Benadir Hall Inc. (Trustone Financial Credit Union checking and savings accounts ending in 4030; account signor: Abdullahe Jesow) |
| H-28 | | | Minnesota Senior Center Inc. (BMO Harris Bank checking account ending in 4123; account signor: Abdiwahab Mohamud) |
| H-29 | | | Youth Higher Educational Achievement (TruStone Financial Credit Union checking account ending in 9454; account signor: Filsan M. Hassan) |
| H-30 | | | Star Transportation Inc. (BMO Harris Bank checking account ending in 1232; account signor: Abdullahe Jesow) |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|-------|------|----------|------------------------|
| H-31 | | | Star Transportation Inc (Woodlands National Bank checking account ending in 5771; account signor: Abdullahe Jesow) |
| H-32 | | | |
| H-33 | | | |
| H-34 | | | |
| H-35 | | | Abdiwahab A. Mohamud (Wells Fargo Bank checking account ending in 7521; account signor: Abdiwahab A. Mohamud) |
| H-36 | | | Abdiwahab A. Mohamud (Wells Fargo Bank savings account ending in 0691; account signor: Abdiwahab A. Mohamud) |
| H-37 | | | Abdiwahab A. Mohamud (Wells Fargo Bank checking account ending in 0969; account signor: Abdiwahab A. Mohamud) |
| H-38 | | | Abdiwahab A. Mohamud (Affinity Plus Credit Union checking and savings accounts ending in 1716; account signor: Abdiwahab A. Mohamud) |
| H-39 | | | |
| H-40 | | | |
| H-41 | | | |
| H-42 | | | |
| H-43 | | | |
| H-44 | | | |
| **I – Money Laundering – Purchases** | | | |
| I-1 | | | December 17, 2020 email from Sahra Nur to abdiwahab444@gmail, subject: GOLIS PROPERTIES LLC, with attachments |
| I-2 | | | December 22, 2020 email from Jabarti Jigis to Abdiwahab Ahmed, subject: Re: GOLIS PROPERTIES LLC, with attachments |
| I-3 | | | June 25, 2021 email from Mohamed Abdulle to Abdiwagab444@gmail and fido7177@gmail, subject: FWD: 2nd property signed agreement, with attachment |
| I-4 | | | August 13, 2021 email from Abdiwahab Ahmed to Mohamed Abdulle, subject: Golis Properties LLC, with attachments |
| I-5 | | | August 24, 2021 email from Abdiwahab Ahmed to mark@signatureinsgroup, subject: Golis EIN, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| I-6 | | | August 27, 2021 email from Abdiwahab Ahmed to Mohamed Abdulle, subject: Receipt for wire transfer 301-319 E Lake St, with attachments |
| I-7 | | | September 10, 2021 email from Jim Segal to Abdiwahab Ahemd and Mohamed Abdulle, subject: estoppels and leases 301-319 E. Lake St., with attachments |
| I-8 | | | September 15, 2021 email from Abdiwahab Mohamud to Michael Fidler, subject: Golis Properties LLC assets, with attachments |
| I-9 | | | November 22, 2021 email from Abdiwahab Mohamud to cpsre@comcast, no subject, with attachments |
| I-10 | | | November 24, 2021 email from Abdiwahab Mohamud to Abdiwahab Mohamud, subject: Golis Lease, with attachments |
| I-11 | | | January 18, 2022 email from Abdiwahab Mohamud to Abdiwahab Mohamud, subject: golis, with attachments |
| I-12 | | | August 19, 2021 email from Abdiwahab Mohamud to abdiwahab444@gmail, subject: KILIMANJARO PROPTERTIES LLC, with attachments |
| I-13 | | | August 28, 2021 email from Abdiwahab Mohamud to abdiwahab444@gmail, subject: Amended Kilimanjaro properties llc, with attachments |
| I-14 | | | November 22, 2021 email from Abdiwahab Mohamud to Mohamed Abdulle, subject: Closing, with attachments |
| I-15 | | | August 19, 2021 email from Abdiwahab Mohamud to abdiwahab444@gmail, subject: KILIMANJARO PROPTERTIES LLC, with attachments |
| I-16 | | | December 10, 2021 email from Abdiwahab Mohamud to Mohamed Abdulle, subject: not subject, with attachments |
| I-17 | | | December 22, 2021 email from Mohamed Abdulle to Jim Seal, Wayne Miller and Abdiwahab Ahmed, subject: Signed offer Hiawatha, with attachments |
| I-18 | | | Photo of 301 – 309 East Lake Street (Golis Properties) |
| I-19 | | | Photo of 301 – 319 East Lake Street July 2021 |
| I-20 | | | Photo of 301 – 319 East Lake Street with Benadir Hall |
| I-21 | | | Photo of 311 – 319 East Lake Street (Golis Properties) |
| I-22 | | | Photo of 3018 3rd Avenue South (Golis Properties) |
| I-23 | | | Photo of 3401 Hiawatha Avenue (Golis Kilimanjaro) |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| I-24 | | | Photo of 6549 102nd Avenue North Brooklyn Park (Abdiwahab Mohamud) |
| I-25 | | | MN SOS filing on 12/28/2021 for Golis Properties |
| I-26 | | | Email from Abdiwahab Ahmed to mark@signatureinsgroup.com, subject: Golis EIN with attachment |
| I-27 | | | Email from Michael Fidler to Abdiwahab Ahmed copying Sahra Nur, subject: Fwd: FW: 3401 Hiawatha Avenue – Lot Line Adjustment with attachments |
| I-28 | | | ALTA Settlement Statement for Abdiwahab Ahmed Mohamud, 6549 102nd Avenue North, Brooklyn Park, MN |
| I-29 | | | Bankers Title, Disbursement Worksheet for Golis Properties 301-309 E Lake Street |
| I-30 | | | Bankers Title, Disbursement Worksheet for Golis Properties 311-319 E Lake Street |
| I-31 | | | Bankers Title, Disbursement Worksheet for Golis Properties 3018 3rd Ave S |
| I-32 | | | ALTA Settlement Statement for Kilimanjaro Properties, 6549 102nd Avenue North, Brooklyn Park, MN |
| I-33 | | | Contract for Deed, S&S Catering Inc, 5026 93rd Avenue North, Brooklyn Park, MN |
| I-34 | | | Alta Settlement Statement for S&S Catering Inc, 8949 Trinity Gardens, Brooklyn Park, MN |
| I-35 | | | Alta Settlement Statement for S&S Catering Inc, 9907 Scott Avenue North, Brooklyn Park, MN |
| I-36 | | | Alta Settlement Statement for Banadir Hall Inc, 3834 5th Street NE, Columbia Heights, MN |
| **Other Related Entities** | | | |
| J-1 | | | May 7, 2021 email from Abdiwahab Ahmed to sunshinemn2018@gmail.com, no subject, with attachment |
| J-2 | | | June 23, 2021 email from Rowda Mohamed to abdiwahab444@gmail.com, subject: Fwd: Bosteeyo Food Foundation Filing Documents, with attachments |
| J-3 | | | October 4, 2021 email from Abdiwahab Mohamud to sunshinemn2018@gmail.com, subject: afterschool program, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **J – Feeding Our Future – Documents Seized at the Feeding our Future Search Warrant at 3055 Old Highway 8, Conducted on January 20, 2022 – Related to Boosteyo Food Foundation** | | | |
| J-20 | | | Folder – Boosteoyo food foundation (35 pages) |
| | | | |
| **Minnesota Senior Center** | | | |
| K-1 | | | November 22, 2019 email from Aimee Bock to MDE, subject: Site Application – Minnesota Senior Center, with attachment |
| K-2 | | | December 23, 2019 email from fns.administrator@state.mn.us to Aimee Bock, subject: Site ID Request Granted |
| K-3 | | | January 6, 2020 email from Abdiwahab Ahmed to 1500.Micollet@dominiuminc.com, subject: Profit and loss statement, with attachment |
| K-4 | | | January 6, 2020 email from Abdiwahab Ahmed to 1500.Micollet@dominiuminc.com, subject: Re: [EXTERNAL] Profit and loss statement |
| K-5 | | | January 16, 2020 email from "MyFax" to Aimee Bock, subject: MyFax message from "6128244485" – 17 page(s), Caller-ID: +16128244485, with attachment |
| K-6 | | | January 16, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: December claim, with attachment |
| K-7 | | | January 27, 2020 email from Alzo Notification to Aimee Bock, subject: Your payment is complete |
| K-8 | | | February 5, 2020 email from Abdiwahab Ahmed to Abdiwahab Mohamud, subject: Fw: Minnesota Senior Center, with attachments |
| K-9 | | | February 7, 2020 email from "MyFax" to Aimee Bock, subject: MyFax message from "6128244485" – 5 page(s), Caller-ID: 16128244485, with attachment |
| K-10 | | | February 13, 2020 email from Alzo Notification to Aimee Bock, subject: You payment is complete |
| K-11 | | | February 29, 2020 email from Abdiwahab Mohamud to abdiwahab444@gmail.com, subject: tifow, with attachment |
| K-12 | | | March 3, 2020 email "MyFax" to Aimee Bock, subject: MyFax message from "6128244485" – 20 page(s), Caller-ID: 16128244485, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| K-13 | | | April 8, 2020 email "MyFax" to Aimee Bock, subject: MyFax message from "6128244485" – 1 page(s), Caller-ID: 16128244485, with attachment |
| K-14 | | | April 15, 2020 email Abdiwahab Mohamud to mahad.ibrahim@gmail.com, subject: Fwd: 941 Tax & wages, with attachments |
| K-15 | | | April 16, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $4,351.24 is being processed |
| K-16 | | | May 8, 2020 email from Abdiwahab Mohamud to abdiwahab444@gmail.com, no subject, with attachment |
| K-17 | | | July 16, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $13,715.60 is being processed |
| K-18 | | | August 5, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: Message from KMBT_C364e, with attachment |
| K-19 | | | August 18, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $9,642.38 has been scheduled |
| K-20 | | | July 9, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: May and June Claims, with attachments |
| K-21 | | | September 14, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: Message from KMBT_C364e, with attachment |
| K-22 | | | September 24, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $6,329.66 is being processed |
| K-23 | | | October 6, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: Message from KMBT_C364e, with attachment |
| K-24 | | | October 19, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $6,208.68 is being processed |
| K-25 | | | November 10, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: October claim, with attachment |
| K-26 | | | November 27, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $7,590.27 is being processed |
| K-27 | | | December 1, 2020 email from noreply@hennepin.us to fido7177@gmail.com, subject: Received: Hennepin County SBR: Application for Restaurants, Bars and Food service Establishments, with attachment |
| K-28 | | | December 2, 2020 email from Coley Flynn to Aimee Bock, subject: Fwd: Nov meal count, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| K-29 | | | December 10, 2020 email from Abdiwahab Ahmed to Alex Moya, subject: Re: Halal \| Riba-Free / Islamic Home Financing \| ijara Community Development Corp, with attachments |
| K-30 | | | December 29, 2020 email from Azlo Notification to Aimee Bock, subject: Your Payment for $6,137.84 is being processed |
| K-31 | | | January 20, 2021 email from Coley Flynn to Claims, subject: Fwd: Dec meal count, with attachment |
| K-32 | | | February 5, 2021 email from Abdiwahab Ahmed to Alex Moya, subject: Tax return 2019, with attachment |
| K-33 | | | February 18, 2020 email from Abdiwahab Ahmed to Alex Moya, subject: Profit & Loss statements, Balance sheets and 1099's, with attachments |
| K-34 | | | February 23, 2021 email from Farhia Sheikhdon to Claims, subject: MN senior January claims, with attachment |
| K-35 | | | March 16, 2021 email from Farhia Sheikhdon to CACFP Claims, subject: Minnesota senior feb claims, with attachment |
| K-36 | | | April 8, 2021 email from Abdiwahab Mohamud to Farhia Sheikhdon, subject: March claims, with attachment |
| K-37 | | | May 20, 2021 email from Abdiwahab Mohamud to Claims, subject: April claims, with attachment |
| K-38 | | | June 8, 2021 email from Abdiwahab Mohamud to Claims, subject: Fwd: Message from KMBT_C364e, with attachment |
| K-39 | | | July 23, 2021 email from Farhia Sheikhdon to Claims, subject: Minnesota senior center June receipts, with attachment |
| K-40 | | | July 23, 2021 email from Farhia Sheikhdon to Claims, subject: FW: CLAIM FOR JUNE, with attachment |
| K-41 | | | September 24, 2021 email from Aracely Ramirez to CACFP Claims, subject: FW: AUG claim, with attachments |
| K-42 | | | October 11, 2021 email from Farhia Sheikhdon to CACFP Claims, subject: Fwd: September Claim and Invoice, with attachments |
| K-43 | | | |
| K-44 | | | |
| K-45 | | | |
| | | | |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|-------|--------------|----------|------------------------|
| **L – School District Records and Rosters** | | | |
| L-1 | | | January 13, 2021 email from Abdiwahab Mohamud to ilmoge041@gmail, subject: Children list, with attachment |
| L-2 | | | January 25, 2021 email from Abdiwahab Mohamud to ilmoge041@gmail, subject: Children list, with attachment |
| L-3 | | | February 1, 2021 email from Qamar Hassan to Abdiwahab Mohamud, subject: Mooge, with attachment |
| L-4 | | | March 1, 2021 email from Guhaad Hashi to Abdiwahab Mohamud, subject: Names |
| L-5 | | | March 29, 2021 email from Abdiwahab Ahmed to hfilsan17@gmail, subject: list, with attachment |
| L-6 | | | April 1, 2021 email from Mu Hill to abdiwahab444@gmail, no subject, with attachment |
| L-7 | | | September 19, 2021 email from Abdiwahab Mohamud to Abdiwahab Mohamud, subject: list, with attachment |
| L-8 | | | September 21, 2021 email from Abdiwahab Mohamud to info@sapcorg, subject: list, with attachment |
| L-9 | | | November 2, 2021 email from Abdiwahab Mohamud to Abdiwahab Mohamud, subject: Aweys list 11/2/2021, with attachment |
| L-10 | | | November 5, 2021 email from Abdiwahab Mohamud to info@sapcorg, subject: Second attempt, with attachment |
| L-11 | | | November 18, 2021 email from Abdi Ilmoge to Abdiwahab Ahmed, subject: List of Northside Boxing Club, with attachment |
| L-12 | | | December 17, 2021 email from Abdiwahab Mohamud to Abdiwahab Mohamud, subject: SAPC Roster, with attachments |
| L-13 | | | December 21, 2021 email from Abdiwahab Mohamud to sapc.org@gmail, subject: SAPC Roster, with attachment |
| L-14 | | | |
| L-15 | | | |
| L-16 | | | |
| L-17 | | | |
| L-18 | | | |
| L-19 | | | |
| L-20 | | | School district records (native Excel spreadsheets) |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|-------|--------------|----------|------------------------|
| L-21 | | | Summary schedule of school district student enrollment |
| L-22 | | | Summary schedule of meal rosters and school district enrollment comparison |
| L-23 | | | Sorted list of 500 alliterative names using wire fraud count exhibit Z12 (500_names) |
| | | | |
| **P – Photos and identification of defendants and others** | | | |
| P-1 | | | Photo of Qamar Hassan |
| P-2 | | | Photo of Sahra Nur |
| P-3 | | | Photo of Abdiwahab Mohamud |
| P-4 | | | Photo of Filsan Hassan |
| P-5 | | | Photo of Guhaad Said |
| P-6 | | | Photo of Abullahe Jesow |
| P-7 | | | Photo of Abdul Ali |
| P-8 | | | Photo of Yusuf Ali |
| P-9 | | | Photo of Aimee Bock |
| P-10 | | | Social security card with the signature of Abdiwahab Mohamud (from Affinity bank account records) |
| P-11 | | | |
| P-12 | | | |
| **Q – Emails** | | | |
| Q-1 | | | October 27, 2020 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment |
| Q-2 | | | December 22, 2020, email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment |
| Q-3 | | | December 22, 2020 email from Abdiwahab Ahmed to fido7177@gmail, no subject, with attachment |
| Q-4 | | | January 27, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment |
| Q-5 | | | February 25, 2021 email from Abdiwahab Ahmed to ednajinow@yahoo, subject: Invoice, with attachment |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Q-6 | | | February 27, 2021 email from Filsan Hassan to abdiwahab444@gmail, subject: Fwd: Afterschool Counts, with attachments |
| Q-7 | | | March 8, 2021 email from Abdiwahab Ahmed to midtownchildcare19@gmail, subject: Sample Invoice, with attachment |
| Q-8 | | | April 6, 2021 email from Abdiwahab Ahmed to Sahra Nur, subject: March Claim, with attachment |
| Q-9 | | | May 2, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment (Advance Youth Athletic Development) |
| Q-10 | | | May 2, 2021 email from Abdiwahab Ahmed to Abdiwahab Mohamud, no subject, with attachment (Academy For Youth Excellence) |
| Q-11 | | | August 6, 2021 email from Abdiwahab Ahmed to ahmednur81@gmail, subject: Meal counts and Invoices for June and July, with attachments |
| Q-12 | | | August 28, 2021 email from Abdiwahab Mohamud to Abdiwahab444@gmail, subject: Amended Kilimanjaro properties llc, with attachment |
| Q-13 | | | November 2, 2021 email from Abdiwahab Mohamud to Abdiwahab Mohamud, no subject, with attachment |
| Q-14 | | | January 18, 2022 email from Abdiwahab Mohamud to Abdiwahab Mohamud, subject: golis, with attachment |
| Q-15 | | | February 17, 2021 email from Abdiwahab Ahmed to Alex Moya, subject: Re: Halal \| Riba-Free / Islamic Home Financing \| ijara Community Development Corp, with attachments |
| Q-16 | | | February 25, 2021 email from Abdiwahab Ahmed to ilmoge041@gmail.com, subject: Al Huda, with attachment |
| Q-17 | | | April 19, 2021 email from Abdiwahab Ahmed to Sahra Nur, subject: receipt and menu, with attachments |
| Q-18 | | | April 29, 2021 email from Abdiwahab Ahmed to amal.hassan2313@gmail.com, subject: Meal count sheet, with attachment |
| Q-19 | | | July 8, 2021 email from Abdiwahab Ahmed to Rizwan Abdullah, subject: Fwd:, with attachments |
| Q-20 | | | July 27, 2021 email from Abdiwahab Ahmed to jigisassociates@gmail.com, subject: Request set up for new payroll accounting, with attachments |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Q-21 | | | August 16, 2021 email from Abidwahab Ahmed to ahmednur81@gmail.com, subject: July Invoice with food description, with attachment |
| Q-22 | | | September 20, 2021 email from Abdiwahab Mohamud to Hani, subject: 501c, with attachment |
| Q-23 | | | October 13, 2021 email from Abdi Ilmoge to Abdiwahab Ahmed, subject: AlHuda Roster.xlsx, with attachment |
| Q-24 | | | July 8, 2021 email from Jabarti Jigis to Abdiwahab Ahmed, subject: Form 1040s & 1120s, with attachments |
| **X – Summary Charts** | | | |
| X-1 | | | Summary Chart of Abdiwahab Mohamud Affinity Plus checking and savings account |
| X-2 | | | Summary Chart of Abdiwahab Mohamud Wells Fargo Bank accounts |
| X-3 | | | Summary Chart of all claims filed by S&S Catering, Academy for Youth Excellence |
| X-4 | | | Summary Chart for Golis Properties Woodlands Bank accounts |
| X-5 | | | Summary Chart for Minnesota Senior Center Inc BMO Harris Bank sources and uses |
| X-6 | | | Summary Chart of S&S Catering meal claim payments by month |
| X-7 | | | Summary Chart of S&S Catering meal counts by month |
| X-8 | | | |
| X-9 | | | |
| X-10 | | | Summary of selected invoices / invoice templates found on a computer during the search at S&S Catering |
| X-11 | | | Kilimanjaro Properties TruStone Financial Credit Union Checking Account |
| X-12 | | | Youth Inventors Lab (US Bank checking X8373) |
| X-13 | | | |
| X-14 | | | |
| X-15 | | | Demonstrative – Fly over Lake Street Sites |
| X-16 | | | Demonstrative – Growth of Sites in the Program |
| **Z – Wire Fraud Counts** | | | |
| Z-1 | | | Google Response Letter Pursuant to Subpoena |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| Z-2 | | | November 1, 2020 email from Qamar Hassan to Feeding Our Future submitting meal counts for S & S Catering from October 2020 |
| Z-3 | | | December 2, 2020 email from QAMAR HASSAN to Feeding Our Future submitting meal counts for S & S Catering from November 2020 |
| Z-4 | | | December 2, 2020 email from SAHRA NUR to Aimee Bock attaching Academy For Youth Excellence corporate documents |
| Z-5 | | | January 6, 2021 email from SAHRA NUR to Aimee Bock attaching meal counts for Academy For Youth Excellence from December 2020 |
| Z-6 | | | February 1, 2021 email from QAMAR HASSAN to Abdikerm Eidleh containing fraudulent meal counts for S & S Catering from January 2021 |
| Z-7 | | | April 2, 2021 email from QAMAR HASSAN to Abdikerm Eidleh containing fraudulent meal counts for S & S Catering from February and March 2021 |
| Z-8 | | | April 7, 2021 email from ABDUL ALI to Feeding Our Future with the subject line "March Claims – YIL" attaching roster, meal count, invoice, and menu for March 2021 |
| Z-9 | | | May 2, 2021 email from SAHRA NUR to Feeding Our Future with the subject line "April Claim" attaching meal counts and invoices for April 2021 |
| Z-9a | | | April 2021 invoice for S&S Catering billed to Academy for Youth Excellence (Invoice 1012) |
| Z-9b | | | Invoice 1012 metadata |
| Z-10 | | | May 2, 2021 email from the Advance Youth Athletic Development email account to Feeding Our Future with the subject line "April claim" attaching meal counts for April 2021 |
| Z-11 | | | May 8, 2021 email from QAMAR HASSAN to Feeding Our Future attaching meal counts for Youth For Higher Educational Achievement for April 2021 |
| Z-12 | | | May 18, 2021 email to ABDIWAHAB MOHAMUD attaching a roster containing fake names |
| Z-13 | | | June 9, 2021 email from QAMAR HASSAN to Feeding Our Future with the subject line "April and May invoices for 4 companies" |
| Z-14 | | | *No Documents (No exhibit)* |

| Ex. # | Date Offered | Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| **Z - Money Laundering Counts** | | | |
| Z-15 | | | April 30, 2021 payment of $114,000 towards the purchase of a townhouse located in Brooklyn Park, Minnesota |
| Z-16 | | | June 10, 2021 payment of $20,000 towards the purchase of a 2020 Range Rover |
| Z-17 | | | June 17, 2021 payment of $60,000 towards the purchase of a 2021 Jeep Wrangler |
| Z-18 | | | June 25, 2021 payment of $70,000 towards the purchase of the commercial building located at 311 East Lake Street, Minneapolis, Minnesota |
| Z-19 | | | August 18, 2021 payment of $170,801 for the purchase of a residence located in Brooklyn Park, Minnesota |
| Z-20 | | | August 19, 2021 payment of $100,000 to Executive Title for the purchase of a residence located in Columbia Heights, Minnesota |
| Z-21 | | | August 26, 2021 payment of $2,395,966 towards the purchase of the commercial building located at 301-309 East Lake Street, Minneapolis, Minnesota |
| Z-22 | | | September 17, 2021 payment of $345,000 to North Star Realty Limited towards the purchase of an apartment located in Nairobi, Kenya |
| **AA – Search of S&S Catering / Academy For Youth Excellence located at 307 East Lake Street, Minneapolis, Minnesota on January 20, 2022 (and Digital Items)** | | | |
| AA-1 | | | Photos of SW located at 307 East Lake Street, Minneapolis, Minnesota |
| **Evidence Item 1B1/SW1 – Computer** | | | |
| AA-50 | | | Files extracted from computer evidence item 1B1/SW1 |
| **Evidence Item 1B4/SW4 – Computer** | | | |
| AA-51 | | | Files extracted from computer evidence item 1B4/SW4 |