UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIWAHAB MOHAMUD,<br><br>Defendant. | **MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL**<br><br>Case No. 22-cr-00224(3) (NEB/DTS) |

Defendant Abdiwahab Mohamud by and through counsel, Jason Steck, and, pursuant to Minn. R. Prof. Conduct 1.16(b)(4), moves the Court for an order allowing counsel to withdraw from representation and for an order appointing substitute counsel under 18 U.S.C. § 3006A(a)(1)(H), (I), for the following reasons:

1. There exists a fundamental disagreement between the Defendant and the undersigned counsel such that the undersigned no longer has the trust and confidence of the Defendant and is therefore unable to effectively represent the Defendant.

Date: October 5, 2026

/s/ Jason Steck

Jason Steck #0393077
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829
Attorney for Defendant