**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Abdiwahab Mohamud (3),

Defendant.

Case No. 22-cr-224 (NEB/DTS)

**ORDER**

---

Defendant Abdiwahab Mohamud's counsel moves to withdraw and for the appointment of new counsel. Dkt. No. 568. The Court has determined that Defendant Abdiwahab Mohamud is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED:**

1. Counsel's Motion to Withdraw [Dkt. No. 568] is **DENIED**.

2. Pursuant to 18 U.S.C. § 3006A, the Court directs that Jason Steck, Attorney ID #0393077, be appointed as counsel through the CJA Conflict Panel effective October 9, 2026, to continue the representation of the Defendant Abdiwahab Mohamud until the conclusion of the matter.

Dated: October 8, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge