UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDIWAHAB MOHAMUD,

Defendant.

**SECOND FOR EXTENSION OF TIME TO SUBMIT SENTENCING POSITION**

Case No. 22-cr-00224-3 (NEB/DTS)

Defendant Abdiwahab Mohamud by and through counsel, Jason Steck, and, pursuant to Fed. R. Crim. P. 45(b)(1), moves the Court for an order extending the time for submitting sentencing position pleadings, for the following reasons:

1. On October 5, 2026, the Court denied the undersigned's motion to withdraw due to the emergence of a fundamental disagreement between counsel and Defendant.

2. Since the denial of the motion to withdraw, the Defendant has instructed the undersigned against the advice of counsel to submit a motion to withdraw his guilty plea, and the undersigned requires time to draft and file the motion on Defendant's behalf.

3. The Defendant also seeks the opportunity to directly address the Court regarding his preference that his motion be argued by a different attorney, as the Defendant intends to base his motion on the allegation that his guilty plea was prompted by his attorney's performance deficiencies and bad advice. *See, e.g.*, *Fiorito v. United States*, 821 F.3d 999, 1004-05 (8th Cir. 2016) (holding that defendant who wishes to pursue a motion to withdraw a guilty plea against the advice of counsel does not waive his right to counsel by asking the Court to consider his request pro se).

Date: November 9, 2026

_______/s/ Jason Steck_________

Jason Steck #0393077
6160 Summit Drive North, Suite 220
Brooklyn Center, MN 55430
(763) 402-1829
Attorney for Defendant